

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 99-16863 (B) |
| | ) | |
| Empire Interiors, Inc. | ) | Chapter 7 |
| | ) | |
| | ) | Judge Randolph Baxter |
| | ) | |
| Debtor | ) | **PETITION FOR UNCLAIMED FUNDS** |
| | ) | **AND ORDER THEREON** |

Charlene J. Keys, (the "Petitioner"), under penalty of perjury, declares that the following statements and information are true and correct:

1. Mary Huffman aka Mary E. Walker & Jimmie Ballard, (the "Claimants") is a ☐ Debtor ☒ Creditor in the above-captioned case and was due to receive a distribution from the estate of the debtor in the amount of $1,939.00.

2. The funds due Claimants were deposited with the Court by the Trustee pursuant to 11 U.S.C. 347. A copy of the court order depositing the funds into the Treasury/Registry as unclaimed, or a copy of the receipt and attached list of parties entitled to the unclaimed funds or other supporting documentation, is appended to this Petition.

3. The Claimant's current name, address and telephone number are:
   Name:              Mary Huffman aka Mary E. Walker & Jimmie Ballard
   Address:           1380 E. rosemary Trail, Casa Grande AZ 85222 &
                      6211 Palmyra Road SW, Warren OH 44481-9721 (respectively)
   Telephone Number:  (520) 426-0397 & (330) 394-3898 (respectively)

4. The following checked statement applies:
   __X__    This Petition is being filed on paper, either by mail or in person, and the Claimants" Tax ID/Social Security Number and other required documentation are being submitted separately with Exhibit A.

____ This Petition is being filed electronically via the Court's Electronic Case Filing system, and the Claimant's Tax ID/Social Security Number and other required documentation are being submitted separately as private docket events with Exhibit A.

5. The following checked statement applies:

   ____ Petitioner is the Claimant.
   ____ Petitioner is the duly authorized attorney for the Claimant.
   ____ Petitioner is an employee of the Claimant.
   __X__ Petitioner is the lawful attorney-in-fact of the Claimants. Petitioner is aware of all pertinent state law requirements regarding such powers of attorney.
   ____ Petitioner is a duly authorized representative of the Claimant, who is deceased.
   ____ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

Exhibits included in this application are: Exhibit B is the Transmittal of Unclaimed Funds; Exhibit C is the Affidavit of Claimant for each person ; Exhibit D is the Agent Authorization for each person; Exhibit E is the Affidavit of the old address for each creditor; Exhibit F is the verification of each creditor's social security number; Exhibit G is picture ID for each creditor; Exhibit H is the documentation of name change for Mary Huffman aka Mary E. Walker; Exhibit I is the Funds Location Identification.

6. Upon sufficient inquiry, and upon Claimants' information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimants entitled to these funds.

7. Petitioner understands that pursuant to 18 U.S.C. 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

8. Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 30th day of January, 2007 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio. The United States Attorney is allowed 10 days from the date of service to file an objection to payment of these funds.

9. WHEREFORE, pursuant to 11 U.S.C. 347 and 28 U.S.C. 2042, Petitioner requests that the Court issue an Order directing payment to the Claimants in the amount of $1,939.00 and that payment be made in care of the party set forth below:

Respectfully submitted,

*[signature]*

Petitioner's Signature

Charlene J. Keys, Keys Research

23630 SE 440th Street
Petitioner's Address

Enumclaw WA 98022

(360) 825-7300
Petitioner's Phone Number

**IT IS SO ORDERED.**

\# \# \# \# \# \#